Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
mminser@sjlawcorp.com

Attorneys for Defendant, Operating Engineers'
Health and Welfare Trust Fund

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE<br><br>Plaintiff<br><br>v.<br><br>OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND, ANTHEM BLUE CROSS LIFE & HEALTH INS. CO., ZENITH AMERICAN SOLUTIONS, INC., AND DOES 1-10<br><br>Defendants. | Case No. 2:18-cv-03616 RGK (JPRx)<br><br>**JOINDER OF DEFENDANT OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND IN MOTION TO DISMISS FILED BY DEFENDANT ANTHEM BLUE CROSS LIFE & HEALTH INS. CO.**<br><br>Hearing Date: August 27, 2018<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br><br>Compl. Filed: January 29, 2018 |

## JOINDER

Defendant Operating Engineers' Health and Welfare Trust Fund ("OE Trust Fund") (erroneously named as Operating Engineers' Health & Welfare Trust Fund) hereby joins in the Motion to Dismiss ("MTD") filed by Defendant Anthem Blue Cross Life & Health Ins. Co., ("Anthem") and also joins in the arguments made by Anthem in its Memorandum of Points and Authorities ("MPA") in support of its MTD (Dkt. #s 14, 14-1).

Each said argument applies to the OE Trust Fund, and the OE Trust Fund believes and respectfully submits that this Joinder, in lieu of a separate Motion and Memorandum of Points and Authorities, will serve the interests of judicial economy and efficiency.

1

The OE Trust Fund joins fully, without addition or material qualification, in Section I (Introduction), Section II (Factual Allegations), and Section III (Legal Standard), and Section IV (Legal Argument) of Anthem's MPA. The OE Trust Fund therefore joins Anthem in moving to dismiss Plaintiff's claims, and each of them, and hereby independently so moves.

The OE Trust Fund also hereby joins in the arguments made in the Supplemental Memorandum of Points and Authorities filed by Defendant Zenith American Solutions, Inc. (Dkt. #15).

Respectfully submitted,

DATED: May 31, 2018                               SALTZMAN & JOHNSON LAW CORPORATION

                                                   By: _____/S/_____
                                                   Michele R. Stafford
                                                   Matthew P. Minser
                                                   Attorneys for Defendant Operating Engineers
                                                   Health and Welfare Trust Fund